IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:08-CR-240 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| JOSE MANUEL GARCIA-FIGUEROA | : | |

**ORDER**

**WHEREAS**, this 29th day of December, 2008, there being no objections filed to the Magistrate Judge's Report and Recommendation issued November 25, 2008, **IT IS HEREBY ORDERED THAT** this Court accepts the Guilty Plea of the Defendant and sets March 10, 2009, at 11:00 a.m., as the sentencing date in the above case. Said sentencing shall be held in front of Chief Judge Kane in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg, Pennsylvania.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania